UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUBEN O. PENA,

          Plaintiff,

    v.

HEWLETT-PACKARD INC.,

          Defendant.

Case No. 25-cv-09919-NW

**ORDER TERMINATING MOTIONS AS MOOT AND GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Re: ECF Nos. 9, 10, 11, and 13

On November 17, 2025, self-represented plaintiff Ruben O. Peña initiated this lawsuit by filing a complaint and an application to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2.[1] On February 10, 2026, the Court granted Peña's IFP application, screened his complaint, and dismissed the complaint with leave to amend. ECF No. 7. The Court also ordered Peña to file an amended complaint by March 10, 2026. *Id.* at 5. To date, Peña has not filed an amended complaint.

Instead, Peña has filed numerous motions and requests: (1) a motion for judicial determination of applicable law, (2) a motion for judicial determination of recognition of Spanish tolling orders, (3) a motion for determination of renumeration and damages, (4) a request for volunteer counsel, and (5) a priority urgent request regarding Pacer and ECF. ECF Nos. 9, 10, 11, 12, 13. As an initial matter, the Court construes Peña's priority urgent request regarding Pacer and ECF as a request for an extension of time to file his amended complaint and GRANTS an extension. By no later than April 20, 2026, Peña must file a first amended complaint that cures the deficiencies identified in the Court's prior order dismissing his complaint. If Peña fails to do so,

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

United States District Court
Northern District of California

this case may be dismissed without prejudice for failure to prosecute without notice or further hearing.  This resolves ECF No. 13.

In addition, because the complaint in this case is no longer operative, and because the motions were not filed pursuant to this Court's Standing Order for Civil Cases, Peña's various motions (ECF Nos. 9, 10, 11) are TERMINATED as moot.

Finally, if Peña would like counsel, he must privately retain an attorney.  Peña is encouraged to consult with the Legal Help Center for advice about retaining counsel and the rules for proceeding pro se.  *See* https://cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: April 2, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California